IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 3:23mj__12__ |
| | ) |
| v. | ) |
| | ) |
| ALONZO WILSON, | ) |
| | ) |
| *Defendant.* | ) |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
**(Citation No. E1580547)**

On or about November 2, 2022, in the Eastern District of Virginia at the Fort Lee Military Installation, property administered by the Department of Defense and being within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant, ALONZO WILSON, was found operating a motor vehicle under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 18.2-266.)

### COUNT TWO
**(Citation No. E1580548)**

On or about November 2, 2022, in the Eastern District of Virginia at the Fort Lee Military Installation, property administered by the Department of Defense and being within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant, ALONZO WILSON, having been arrested for a violation of 1950 Code of Virginia Section 18.2-266, did

unreasonably refuse to have samples of his breath taken for chemical tests to determine the alcohol content of his blood.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 18.2-268.2.)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Zachary Weston Smith
NC #54996
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1537
Fax: (804) 765-1950
zachary.w.smith49.mil@army.mil